**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TERRON NICHOLAS TAYLOR, | : | |
| Inmate No. 1001100387, | : | PRISONER HABEAS CORPUS |
|     Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2331-TWT-JSA |
| AHMED HOLT, | : | |
|     Respondent. | : | |

## **MAGISTRATE JUDGE'S ORDER AND NON-FINAL REPORT AND RECOMMENDATION**

The matter is before the Court on Respondent's motion to dismiss the petition for lack of exhaustion with brief and accompanying exhibits [Docs. 12-13], Petitioner's reply thereto [Doc. 14], and Petitioner's notice of disposition and exhaustion of state's remedies [Doc. 15]. For the following reasons, the undersigned recommends that the motion to dismiss [Doc. 12] be **DENIED**.

Petitioner executed the instant federal habeas petition on June 12, 2017. (Doc. 1). Respondent filed a motion to dismiss the petition for lack of exhaustion on June 27, 2017, and argued that the Court should dismiss the petition without prejudice because Petitioner's application for a certificate of probable cause was still pending before the Georgia Supreme Court. (Doc. 12). On September 5, 2017, however, Petitioner notified the Court that the Georgia Supreme Court

denied Petitioner's application for a certificate of probable cause on August 28, 2017. (Doc. 15). Petitioner submitted a copy of the Georgia Supreme Court's order with his notice. (*Id.*).

**IT IS THEREFORE RECOMMENDED** that Respondent's motion to dismiss the petition for lack of exhaustion [Doc. 12] **BE DENIED.**

**IT IS ORDERED** that Petitioner's application to proceed *in forma pauperis* [Doc. 10] be **DENIED AS MOOT**.[1]

**IT IS FURTHER ORDERED** that, if the District Court adopts the foregoing Report and Recommendation, Respondent shall have thirty (30) days from the receipt of the District Judge's Order of adoption to show cause why the writ should not be granted by addressing the merits of the instant petition in a more detailed response.

---

[1] This Court already granted *in forma pauperis* status to Petitioner. (Doc. 3).

AO 72A
(Rev.8/82)

In connection therewith, Respondent shall transmit to this Court such pleadings, transcripts and decisions as are available and required to determine the issues raised.

**IT IS SO RECOMMENDED AND ORDERED** this 21st day of September, 2017.

$\underline{\hspace{3in}}$
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)