IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRON NICHOLAS TAYLOR,

  Petitioner,

  v.

AHMED HOLT,

  Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-2331-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending denying the Respondent's Motion to Dismiss for Lack of Exhaustion [Doc. 12]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss for Lack of Exhaustion [Doc. 12] is DENIED.

SO ORDERED, this 13 day of October, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge