IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRON NICHOLAS TAYLOR,

  Petitioner,

  v.

CIVIL ACTION FILE
NO. 1:17-CV-2331-TWT

AHMED HOLT,

  Respondent.

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending denying the Petition. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, Petitioner's claims that were not raised on direct appeal are procedurally defaulted. Petitioner has failed to show prejudice as to any of his claims that appellate counsel rendered ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 31 day of July, 2018.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge